# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHARLES HADLOCK,**

    Petitioner,

                                       **Case No. 04-C-638**

  **v.**

**PAROLE COMMISSION FOR THE STATE OF WISCONSIN,**

    Respondent.

## ORDER ON THE RESPONDENT'S MOTION TO DISMISS

Charles Hadlock ("Hadlock") has filed a petition for habeas corpus relief, pursuant to 28 U.S.C. § 2254. Proceeding pro se, Hadlock contends that the respondent has deprived him of release on parole status. Hadlock was convicted on a nolo contendere plea of two counts of first-degree sexual assault of a child, contrary to Wisconsin Statute § 948.02(1) and was sentenced to ten years of incarceration. At the time of his sentencing, Hadlock says that he was entitled to release on parole after serving two-thirds of his sentence. After discovering that the respondent conditioned his release on completion of an Alcohol and Other Drug Abuse level 6 program that was unavailable at the facility where he was incarcerated, Hadlock filed the instant petition.

A preliminary review of the petition was conducted, and the respondent was ordered to answer the grounds for relief set forth by Hadlock. The parties subsequently consented to the full jurisdiction of a magistrate judge, and the case was transferred to this court for all further proceedings.

On February 27, 2006, the respondent filed a motion to dismiss the petition as moot. As grounds, the respondent indicates that Hadlock was released on April 5, 2005 and remains on parole status. Thus, he has already attained the relief sought in his § 2254 petition. Hadlock did not oppose the respondent's motion, and this court's review of the petition confirms that it is now moot. Accordingly, the motion to dismiss will be granted.

**IT IS THEREFORE ORDERED** that the respondent's motion to dismiss is **granted** and the case is hereby **dismissed.**

Dated at Milwaukee, Wisconsin this 15th day of March, 2006.

s/AARON E. GOODSTEIN
United States Magistrate Judge